# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 13-7182 | September Term, 2014 |
| | 1:13-cv-00110-RMC |
| | Filed On: September 15, 2014 [1512303] |

D.K., et al.,

       Appellants

    v.

District of Columbia, A Municipal Corporation,

       Appellee

### O R D E R

Upon consideration of the stipulation for partial dismissal of the appeal, it is

**ORDERED** that the Clerk note on the docket that this appeal is dismissed as to appellants' challenge to the district court's summary judgment order filed October 2, 2013.

No mandate shall issue with respect to this partial dismissal.

                                              FOR THE COURT:
                                              Mark J. Langer, Clerk

                               BY:    /s/
                                              Mark A. Butler
                                              Deputy Clerk